THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Herman Belton, Appellant.
 
 
 
 
 

Appeal From Anderson County
 Thomas W. Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No.   2009-UP-526 
 Submitted November 2,2009  Filed November
19, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle Durant, of
 Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Christina T. Adams, of
 Anderson, for Respondent.
 
 
 

PER CURIAM:  Herman Belton appeals his conviction and
 sentence for trafficking in crack cocaine, more than one hundred grams, arguing
 the trial court erred in refusing to suppress drug evidence obtained during a
 stop that lacked probable cause.  After a thorough review of the record and
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Belton's
 appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED. 
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.